| | |
|---|---|
| 1 | Lauri S. Thompson (Bar No. 6846) |
| | Laraine Burrell (Bar No. 8771) |
| 2 | Shauna Welsh (Bar No. 11320) |
| | GREENBERG TRAURIG, LLP |
| 3 | 3773 Howard Hughes Parkway |
| | Suite 400 North |
| 4 | Las Vegas, Nevada 89169 |
| | Telephone: (702) 792-3773 |
| 5 | Facsimile: (702) 792-9002 |
| 6 | Counsel for Switch Communications Group LLC |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Switch Communications Group, LLC, a Nevada limited liability company;<br><br>Plaintiff,<br><br>v.<br><br>Dorian Banks, an individual,<br><br>Defendant. | Case No.: 2:11-cv-01810-GMN-VCF<br><br>**ORDER GRANTING PERMANENT INJUNCTION AND FINAL JUDGMENT** |

UPON CONSIDERATION of the record in this action, and for other good cause shown, this Court hereby enters this Order granting Permanent Injunction and Final Judgment as follows;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a Permanent Injunction and Final Judgment is hereby entered in favor of Plaintiff Switch Communications Group, LLC, and against Defendant Dorian Banks on all of Plaintiff's claims for relief for use of the <www.switch.net> Infringing Domain Name;

. . .

. . .

. . .

. . .

IT IS FURTHER ORDERED that pursuant to 15 U.S.C. § 1125(d)(1), the Registrar, eNom, and/or its successor registrars shall remove the Registrar's "administrative freeze" lock and allow Plaintiff all rights and privileges to the domain name <www.switch.net> permanently.

**DATED** this 21st day of December, 2011.

_____
Gloria M. Navarro
United States District Judge

Respectfully submitted by:

DATED: this 20th day of December, 2011

GREENBERG TRAURIG, LLP

_/s/ Laurie Burrell_____
Lauri S. Thompson (Bar No. 6846)
Laraine M.I. Burrell (Bar No. 8771)
Shauna L. Welsh (Bar No. 11320)
3773 Howard Hughes Parkway Suite 4North
Las Vegas, Nevada 89169
Counsel for Plaintiff

419,620,654v2 LV 122726.010300